**Dismissed and Opinion Filed May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00569-CV

**LA'TOSCHIA WILLIAMS, Appellant**
**V.**
**YES COMPANIES EXP2, LLC D/B/A DYNAMIC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01590-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated October 28, 2014, we notified appellant the time for filing her brief had expired. We directed appellant to file her brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

140569F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LA'TOSCHIA WILLIAMS, Appellant

No. 05-14-00569-CV       V.

YES COMPANIES EXP2, LLC D/B/A
DYNAMIC, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-01590-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee YES COMPANIES EXP2, LLC D/B/A DYNAMIC recover its costs of this appeal from appellant LA'TOSCHIA WILLIAMS.

Judgment entered May 5, 2015.